IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **PAUL STRAIGHT**,<br><br>  Plaintiff,<br><br>vs.<br><br>**LG CHEM, LTD.**, *et al.*,<br><br>  Defendants. | CASE NO. 2:20-CV-6551<br><br>Judge James L. Graham<br>Magistrate Judge Elizabeth Preston Deavers |

## NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT LG CHEM, LTD.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

Plaintiff Paul Straight submits this Notice of Supplemental Authority in Support of Plaintiff's Response in Opposition to Defendant LG Chem, Ltd.'s Motion to Dismiss for Lack of Personal Jurisdiction. Plaintiff brings to the Court's attention three recent decisions from cases with facts similar to this case. The three cases are: 1) *LG Chem, Ltd. v. Lemmerman*, 863 S.E.2d 514 (Ga. Ct. App. 2021) (affirming trial court's denial of LG Chem, Ltd.'s motion to dismiss for lack of personal jurisdiction), attached hereto as Exhibit 1; 2) *Smith v. LG Chem*, No. 19A77446 (State Court of Dekalb County, State of Georgia, filed Nov. 1, 2019) (order denying LG Chem, Ltd.'s motion to dismiss for lack of personal jurisdiction), attached hereto as Exhibit 2; and 3) *Hause v. LG Chem, Ltd.*, No. 08-20-00197-CV, pp. 15, 22, and 25-27 (Tex. App. Oct. 6, 2022) (reversing trial court's granting of LG Chem, Ltd.'s special appearance), attached hereto as Exhibit 3.

Dated: October 11, 2022

/s/ Mark. H. Troutman
Mark H. Troutman* (0076390)
Shawn K. Judge* (0069493)
**Gibbs Law Group LLP**
1111 Broadway, Suite 2100
Oakland, CA 94607
*working from and only licensed in Ohio
Telephone: (510) 350-9700
Facsimile: (510) 350-9701

1

mht@classlawgroup.com
skj@classlawgroup.com

*/s/ William H. Cross*
Angela J. Nehmens (CA Bar No. 309433)
*Admitted Pro Hac Vice*
William H. Cross (CA Bar No. 337801)
*Admitted Pro Hac Vice*
**Levin Simes Abrams, LLP**
1700 Montgomery Street, Suite 250
San Francisco, CA 94111
Telephone: (415) 426-3000
Facsimile: (415) 426-3001
anehmens@levinsimes.com

***Attorneys for Plaintiff***

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 11, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court through the Court's CM/ECF system on October 11, 2022, which shall automatically send electronic notification of such filing to all CM/ECF participants.

*/s/ Mark. H. Troutman*
Mark Troutman
mht@classlawgroup.com
