# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **PAUL STRAIGHT**, | |
| Plaintiff, | CASE NO. 2:20-CV-6551 |
| v. | Judge James L. Graham |
| **LG CHEM, LTD.**, *et al.*, | Magistrate Judge Elizabeth Preston Deavers |
| Defendants. | |

## SECOND NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT LG CHEM, LTD.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

Plaintiff Paul Straight submits his Second Notice of Supplemental Authority in Support of Plaintiff's Response in Opposition to Defendant LG Chem, Ltd.'s Motion to Dismiss for Lack of Personal Jurisdiction. Plaintiff filed his original Notice of Supplemental Authority on October 11, 2022 (ECF No. 74). Two days later, on October 13, 2022, the Mississippi Supreme Court handed down a decision in *Dilworth v. LG Chem, Ltd.*, attached hereto as Exhibit 1, reversing the trial court's grant of LG Chem's motion to dismiss for lack of personal jurisdiction in that case. *See Dilworth v. LG Chem, Ltd.*, No. 2021-CA-00629-SCT, 2022 WL 7274532 (Miss. Oct. 13, 2022). Plaintiff brings this ruling to the Court's attention as the facts of that case are, like those of the three recent decisions Plaintiff referred the Court's attention to in his original Notice of Supplemental Authority, highly similar to the facts of this case.

Dated: October 19, 2022

Respectfully submitted,

*/s/ Mark. H. Troutman*
Mark H. Troutman (0076390), Trial Attorney*
Shawn K. Judge (0069493)*
**Gibbs Law Group LLP**
1111 Broadway, Suite 2100
Oakland, CA 94607

Telephone: (510) 350-9700
Facsimile: (510) 350-9701
skj@classlawgroup.com
mht@classlawgroup.com
*working from and only licensed in Ohio

Angela J. Nehmens (CA Bar No. 309433)
*Admitted Pro Hac Vice*
William H. Cross (CA Bar No. 337801)
*Admitted Pro Hac Vice*
**Levin Simes Abrams, LLP**
1700 Montgomery Street, Suite 250
San Francisco, CA 94111
Telephone: (415) 426-3000
Facsimile: (415) 426-3001
anehmens@levinsimes.com

***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court through the Court's CM/ECF system on October 19, 2022, which shall automatically send electronic notification of such filing to all CM/ECF participants.

*/s/ Mark. H. Troutman*
Mark Troutman