IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| PAUL STRAIGHT,         )<br>                                     )<br>     Plaintiff,             )<br>                                     )<br>vs.                                )<br>                                     )<br>LG CHEM LTD., et al.    )<br>                                     )<br>     Defendants.         )<br>                                     )<br>                                     )<br>                                     ) | CASE NO. 2:20-CV-6551<br><br>Judge James L. Graham<br>Magistrate Judge Elizabeth P. Deavers |

**DEFENDANT LG CHEM, LTD.'S RESPONSE TO PLAINTIFF'S
NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiff recently submitted two Notices of Supplemental Authority citing out-of-state cases in further support of Plaintiff's opposition to Defendant LG Chem, Ltd.'s ("LG Chem") Motion to Dismiss for lack of personal jurisdiction (ECF No. 28).

If the Court is inclined to consider those authorities, none of which addressed LG Chem's contacts with Ohio, then LG Chem requests the opportunity to submit supplemental briefing regarding Plaintiff's supplemental authorities or to address them at oral argument. In addition, if the Court is going to consider Plaintiff's supplemental authorities, LG Chem also respectfully submits the following additional authorities (which are also out-of-state authorities that do not address LG Chem's contacts with Ohio):

- *Richter v. LG Chem, Ltd.*, No. 18 CV 50360, 2022 WL 5240583 (N.D. Ill. Sept. 27, 2022).  A copy of the order is attached as **Exhibit A**.

- *LG Chem, Ltd. v. Superior Ct. of San Diego Cnty.*, 80 Cal. App. 5th 348, 295 Cal. Rptr. 3d 661 (2022) (*Lawhon*).  A copy of the opinion is attached as **Exhibit B**.

- *Bullock v. Otto Imports, LLC et al.*, No. 4:19-cv-149, 2022 WL 949914 (W.D. Ky. Mar. 29, 2022).  A copy of the order is attached as **Exhibit C**.

Dated this 4th day of November 2022.

                      Respectfully submitted,

*/s/  Melissa Foster Bird*
Melissa Foster Bird, Esquire
(Ohio Bar No. 0064670)
NELSON MULLINS RILEY & SCARBOROUGH, LLP
949 Third Avenue, Suite 200
Huntington, WV 25701
Telephone: (304) 526-3500
Facsimile: (304) 526-3599
Email: Melissa.fosterbird@nelsonmullins.com
***Trial Attorney for Defendant LG Chem, Ltd.***

Rachel Atkin Hedley, Esquire
Admitted *Pro Hac Vice*
NELSON MULLINS RILEY & SCARBOROUGH, LLP
1320 Main Street, 17th Floor
Meridian Building
Columbia, SC 29201
Telephone: (803) 255-5565
Facsimile: (803) 256-7500
Email: rachel.hedley@nelsonmullins.com

***Attorneys for Defendant LG Chem, Ltd.***

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on this 4th day of November 2022, the foregoing **DEFENDANT LG CHEM, LTD.'S RESPONSE TO PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY** was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to these attorneys of record:

Shawn Kincade Judge
Gibbs Law Group LLP
505 14th Street
Suite 1110
Oakland, CA 94612
Email: skj@classlawgroup.com

Mark H. Troutman
Gibbs Law Group LLP
Suite 700
505 14th Street
Suite 1110
Oakland, CA 94612
Email: mht@classlawgroup.com

William A. Levin (admitted Pro Hac Vice)
Angela Jennifer Nehmens (admitted Pro Hac Vice)
William H. Cross  (admitted Pro Hac Vice)
Levin Simes Abrams LLP
1700 Montgomery Street, Suite 250
San Francisco, CA 94111
wlevin@levinsimes.com
anehmens@levinsimes.com

*Counsel for Plaintiff Paul Straight*

James M. Williams
KRUGLIAK, WILKINS, GRIFFITHS
  & DOUGHERTY CO., L.P.A.
4775 Munson Street, N.W.
P.O. Box 36963
Canton, Ohio 44735-6963
jwilliams@kwgd.com

*Counsel for Defendants Vapor Station, LLC and Picktown Vapor, LLC*

 

                                      */s/  Melissa Foster Bird*
                                      Melissa Foster Bird