IN THE UNITED STATES DISTRICT
COURT FOR THE SOUTHERN DISTRICT
OF OHIO EASTERN DIVISION

PAUL STRAIGHT,

        Plaintiff,

   v.

LG CHEM LTD., et al,

        Defendants.

Civil Action 2:20-cv-6551

Judge James L. Graham
Magistrate Judge Elizabeth A. Preston Deavers

## JOINT WRITTEN STATUS REPORT AND NOTICE OF SETTLEMENT

Pursuant to the Court's January 5, 2023 Order, Plaintiff Paul Straight and Defendant Picktown Vapor Station LLC were ordered to file a Joint Written Status Report detailing the status of settlement negotiations. Plaintiff and Defendant Picktown Vapor Station LLC have arrived at a settlement agreement, and so file concurrently herewith their Joint Motion for Dismissal With Prejudice of Defendant Picktown Vapor Station, LLC pursuant to Federal Rule of Civil Procedure 41(a)(2), and a Proposed Order granting the same.

DATED: January 12, 2023

*/s/ Mark. H. Troutman*
Mark H. Troutman (0076390), Trial Attorney*
Shawn K. Judge (0069493)*
**Gibbs Law Group LLP**
1111 Broadway, Suite 2100
Oakland, CA 94607
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
skj@classlawgroup.com
mht@classlawgroup.com
*working from and only licensed in Ohio

2

/s/ William H. Cross
Angela J. Nehmens (CA Bar No. 309433)
Admitted Pro Hac Vice
William H. Cross (CA Bar No. 337801)
Admitted Pro Hac Vice
**Levin Simes Abrams, LLP**
1700 Montgomery Street, Suite 250
San Francisco, CA 94111
Telephone: (415) 426-3000
Facsimile: (415) 426-3001
anehmens@levinsimes.com

*Attorneys for Plaintiff*

/s/ James M. Williams
James M. Williams (0087806)
**KRUGLIAK, WILKINS, GRIFFITHS & DOUGHERTY CO., L.P.A.**
4775 Munson Street, N.W.
P.O. Box 36963
Canton, Ohio 44735-6963
Telephone: (330) 497-0700
Facsimile: (330) 497-4020
jwilliams@kwgd.com

*Counsel for Defendant Picktown Vapor, LLC*

## CERTIFICATE OF SERVICE

      I hereby certify that I electronically filed the foregoing with the Clerk of the Court on January 12, 2023, using the CM/ECF system, which will send notification of such filing to all CM/ECF participants.  Parties may access this filing through the Court's system.

                                                    /s/ *Mark H. Troutman*
                                                    Mark H. Troutman (0076390)